FILED
CLERK, U.S. DISTRICT COURT

AUG 26 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-1944M |
| ) | |
| Plaintiff, ) | ORDER DENYING DEFENDANT'S |
| ) | APPLICATION TO RECONSIDER |
| v. ) | ORDER DENYING PRETRIAL RELEASE |
| ) | |
| Ju Young Chung, ) | |
| ) | |
| Defendant. ) | |

I.

This matter is before the court on defendant's application to reconsider this court's  8/19/11  order denying pretrial release and imposing detention pursuant to 18 U.S.C. § 3142(e) ("Defendant's Application").

The Government ( ) is (✓) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

## II.

A. (✓) The Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required;

B. ( ) The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

## III.

The Court has considered:

A. (✓) the nature and circumstances of the offense(s) charged;
B. (✓) the weight of the evidence against defendant;
C. (✓) the history and characteristics of defendant;
D. (✓) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release;
E. (✓) the Pretrial Services Report/Recommendation;
F. (✓) the evidence proffered/presented at the hearing;
G. (✓) the arguments of counsel.

## IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons and the community based on: _____
_____
_____
_____

```
 1   B.   (✓) Defendant poses a serious flight risk based on: _____
 2        prior DMV failures to appear; outstanding
 3        warrant; instant offense allegations involving
 4        false identification; insufficient bail resources to
          secure appearance
 5   C.   ( ) A serious risk exists that defendant will:
 6        1.   ( ) obstruct or attempt to obstruct justice;
 7        2.   ( ) threaten, injure or intimidate a prospective
 8                  witness or juror or attempt to do so;
 9        based on: _____
10        _____
11        _____
12        _____
13   D.   ( ) Defendant has not rebutted by sufficient evidence to
14            the contrary the presumption provided in 18 U.S.C.
15            § 3142(e) that no condition or combination of
16            conditions will reasonably assure the safety of any
17            other person and the community;
18        and/or
19        ( ) Defendant has not rebutted by sufficient evidence to
20            the contrary the presumption provided in 18 U.S.C.
21            § 3142(e) that no condition or combination of
22            conditions will reasonably assure the appearance of
23            defendant as required.
24        IT IS ORDERED that Defendant's Application is denied and that
25   defendant be detained prior to trial.
26        IT IS FURTHER ORDERED that defendant be committed to the custody
27   of the Attorney General for confinement to a corrections facility
28
```

separate, to the extent practicable, from persons awaiting or serving sentences or persons held in custody pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with defendant's counsel.

IT IS FURTHER ORDERED that, on Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 8/26/11

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge